FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 OCT -1 AM 9: 51

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ **09CV02350** - D m E - m E H

DEBRA WATTERS and PAUL WATTERS,

      Plaintiffs,

          v.

NORTHSTAR LOCATION SERVICES, LLC,

      Defendant.

---

## PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

### (Unlawful Debt Collection Practices)

---

### PLAINTIFFS' COMPLAINT

DEBRA WATTERS and PAUL WATTERS, Plaintiffs, through their attorneys, KROHN & MOSS, LTD., allege the following against NORTHSTAR LOCATION SERVICES, LLC, Defendant:

### INTRODUCTION

1. Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

1

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiffs are natural persons residing in Grand Junction, Mesa County, Colorado.

7. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiffs.

9. Defendant is a national company located in Cheektowaga, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

12. Defendant called Plaintiffs and failed to state that the call was from a debt collector (see

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

transcript of voicemail left for Plaintiffs, attached hereto as Exhibit A).

13. Defendant failed to send Plaintiffs a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and abuse the Plaintiffs.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiffs.

   c. Defendant violated *§1692e(10)* of the FDCPA by using false representations and/or deceptive means to collect a debt because Defendant called Plaintiffs and filed to state that the call was from a debt collector.

   d. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication is from a debt collector.

   e. Defendant violation *§1692g(a)(1-5)* of the FDCPA by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

WHEREFORE, Plaintiffs, DEBRA WATTERS and PAUL WATTERS, respectfully request judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

15. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Actual damages,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs, DEBRA WATTERS and PAUL WATTERS, request a jury trial in this case.

DATED:  September 14, 2009

KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
10474 Wilshire Blvd., Ste. 401
Los Angeles, CA 90025
Ph: (323) 988-2400; Fx: (866) 802-0021
nbontrager@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

      Plaintiffs, DEBRA WATTERS, states as follows:

1.     I am one of the Plaintiffs in this civil proceeding.
2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.     I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, DEBRA WATTERS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE:_____1-13-2009_____          _____Debra Watters_____
                                        DEBRA WATTERS

## VERIFICATION OF COMPLAINT AND CERTIFICATION

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

6

STATE OF COLORADO

Plaintiffs. PAUL WATTERS. states as follows:

8.    I am one of the Plaintiffs in this civil proceeding.

9.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge. information and belief formed after reasonable inquiry.

10.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

11.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

12.   I have filed this Complaint in good faith and solely for the purposes set forth in it.

13.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

14.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PAUL WATTERS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE:   _9-13-09_          _____
                                              PAUL WATTERS

**EXHIBIT A**

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## Debra & Paul Watters v. Northstar Location Services, LLC

_____ to discuss an important business matter.  This is not a solicitation.  Your response is required.  If you would like to speak to a representative at this time, please press "1" now.  Again contact Negi Leone at Northstar Location Services at 1866-610-2728 or reach us on the web at www.gotoNLS.com.   When returning our call, please use the following reference number - 09350687.