**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02350-DME

DEBRA WATTERS and PAUL WATTERS,

    Plaintiff,

        v.

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.
.

---

**NOTICE OF SETTLEMENT**

---

**NOTICE OF SETTLEMENT**

     NOW COMES the Plaintiff, DEBRA WATTERS and PAUL WATTERS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

///

///

///

///

                                                        Respectfully Submitted,

DATED:  December 21, 2009                KROHN & MOSS, LTD.

                                                By: /s/ Nicholas J. Bontrager
                                                      Nicholas J. Bontrager, Esq.
                                                        Krohn & Moss, Ltd.
                                                        10474Santa Monica Blvd., Suite 401
                                                        Los Angeles, CA 90025
                                                        Ph: (323) 988-2400; Fx: (866) 802-0021
                                                        nbontrager@consumerlawcenter.com