**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-02350-DME-MEH

DEBRA WATTERS and PAUL WATTERS,

    Plaintiff,

       v.

NORTHSTAR LOCATION SERVICES, LLC
       Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

**NOTICE OF VOLUNTARY DISMISSAL**

DEBRA WATTERS and PAUL WATTERS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC (Defendant), in this case.

///

///

///

///

DATED:  January 15, 2010   KROHN & MOSS, LTD.

            By<u>:      Nicholas J. Bontrager      </u>
              Nicholas J. Bontrager, Esq.
              Krohn & Moss, Ltd.
              10635 Santa Monica Blvd., Suite 170
              Los Angeles, CA 90025
              Ph: (323) 988-2400; Fx: (866) 802-0021
              nbontrager@consumerlawcenter.com